IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HEATH WHITT, 222052, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:21-CV-707-WHA-SMD ) |
| DONALD VALENZA, *et al.,* | ) ) |
| Defendants. | ) ) |

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation filed January 18, 2022 (Doc. 5), to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice;

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

Done this 7th day of February, 2022.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE